NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, M. DePasquale, Charles Block, Deborah Delgado, and DOES 1-10 Inclusive,<br><br>    Defendants. | CASE NO. CV14-07435 BRO (FFM)<br>Hon. Beverly Reid O'Connell, Ctrm. 14<br>Mag. Frederick F. Mumm, Ctrm. 580, Roybal<br><br>[~~PROPOSED~~] JUDGMENT |

On September 26, 2016, the Court granted summary judgment in favor of Defendant CITY OF LOS ANGELES. The basis for the Court's decision is set forth in the Court's Order dated September 26, 2016 (Docket No. 144).

/ / /

/ / /

1

      **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendant CITY OF LOS ANGELES and against Plaintiff JOHN SMITH, that the claims made against the City of Los Angeles only be dismissed with prejudice; and that Defendant shall recover its costs in accordance with Local Rule 54.

**IT IS SO ORDERED.**

DATED: September 29, 2016

                                  HONORABLE BEVERLY REID O'CONNELL
                                  UNITED STATES DISTRICT JUDGE