# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH, | Case No. 2:14-cv-07435-BRO-FFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES; M. DePasquale, Charles Block, Deborah Delgado, and DOES 1-10 INCLUSIVE, | |
| | Trial Date: January 3, 2017 |
| Defendants. | Judge Beverly Reid O'Connell |

On September 23, 2014, Plaintiff JOHN SMITH commenced this action in the Central District of California against Defendants CITY OF LOS ANGELES, CHARLES BLOCK, MIKE DEPASQUALE, and DEBORAH DELGADO. Attorneys Deirdre O'Connor of Seamus Law, and Catherine Sweetser of Schonbrun, Seplow, Harris & Hoffman represented Plaintiff JOHN SMITH. Susan E. Coleman of Burke, Williams & Sorensen LLP represented Defendants CHARLES BLOCK and MIKE DEPASQUALE. Kevin Gilbert of Orbach Huff Suarez & Henderson LLP represented Defendant DEBORAH DELGADO.

1  Surekha A. Pessis of the Los Angeles City Attorney's Office represented Defendant
2  CITY OF LOS ANGELES.
3       On September 26, 2016, this Court granted summary judgment in favor of
4  Defendant CITY OF LOS ANGELES.  On January 3, 2017, a jury trial commenced
5  in Courtroom 7C of the United States District Court, located at 350 First Street, Los
6  Angeles, California, the Honorable Beverly Reid O'Connell, Presiding.  A jury of
7  eight (8) persons was regularly impaneled and sworn to try the action.  Witnesses
8  on the part of Plaintiff and Defendants BLOCK, DEPASQUALE, and DELGADO
9  were sworn and examined.  After hearing the evidence, the arguments of counsel,
10 and the instructions of the Court, the jury retired to consider its verdict.
11      On January 11, 2017, the jury rendered a unanimous special verdict on all
12 counts in favor of Defendants CHARLES BLOCK, MIKE DEPASQUALE and
13 DEBORAH DELGADO and against Plaintiff JOHN SMITH.  A true and correct
14 copy of the special verdict, signed and entered, is attached hereto as Exhibit A.
15      Therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiff
16 JOHN SMITH take nothing on the complaint against Defendants CITY OF LOS
17 ANGELES, CHARLES BLOCK, MIKE DEPASQUALE and DEBORAH
18 DELGADO.  Defendants are awarded judgment and are entitled to recover their
19 costs as allowable under statute.
20      IT IS SO ORDERED.

DATED: January 25, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge